L. Scott Keehn, SBN 61691
**KEEHN & ASSOCIATES, APC**
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: 619-400-2200
Facsimile: 619-400-2201
E-mail: scottk@keehnlaw.com

Special Bankruptcy Counsel for Defendants/Judgment Creditors,
**Shaoxing City Maolong Wuzhong Down Products Co., Ltd.,
and Shui Yan Cheng**

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>**WEI XU AND LE DU,**<br><br>Debtors.<br><br>_____<br><br>**SHAOXING CITY MAOLONG WUZHONG DOWN PRODUCTS CO. LTD. and SHUI YAN CHENG,**<br><br>Plaintiffs<br><br>v.<br><br>**WEI XU and LE DU,**<br><br>Defendants | Case No.: 2:09-bk-24637-RN<br><br>Chapter 11<br><br>Adversary No.: 2:09-ap–02180-RN<br><br>**STIPULATION REGARDING CONTINUING NOVEMBER 18, 2009 STATUS CONFERENCE**<br><br>Date:  November 18, 2009<br>Time:  9:30 a.m.<br>Judge:  Richard M. Neiter<br>Place:  Ctrm1645, Los Angeles Bankruptcy Court |

Plaintiffs Shaoxing City Maolong Wuzhong Down Products Co., Ltd. and Shui Yan Cheng (collectively, "Plaintiffs"), and Defendants Wei Xu and Le Du (collectively, "Defendants"), stipulate as follows:

  1. By docket entry dated September 25, 2009, a Status Conference was scheduled for November 18, 2009, in the above-captioned adversary proceeding;[1]

  2. On October 28, 2009, counsel for Plaintiffs filed a Motion to Withdraw from this

---

[1] (_See_ Docket Entry dated 09/25/09.)

118717/5529.01

2. On October 28, 2009, counsel for Plaintiffs filed a Motion to Withdraw from this case,[2] and Motions to Withdraw from several other pending, related cases;[3]

3. Counsel's Motion to Withdraw from this case has not been opposed by Defendants or Plaintiffs;

4. A hearing on counsel's Motion to Withdraw is currently scheduled to occur on November 19, 2009,[4] the day after the scheduled Status Conference;

5. If the Court is inclined to grant the pending, unopposed Motion to Withdraw, the resolution of any issues in the Status Conference should include the participation and input of any counsel who is subsequently retained by Plaintiffs.

6. The parties stipulate and request the Court enter the Order Approving Stipulation Regarding Continuing November 18, 2009 Status Conference, attached hereto marked Exhibit A, to a date not later than 60 days from November 18, 2009.

---

[2] (*See* Docket Item 8.)

[3] *See In re Aeolus Down, Inc.*, Bankr. Case No. 6:09-bk-22497, Docket Item 124; *Aeolus Down, Inc. v. Shaoxing City Maolong Wuzhong Down Products Co., Ltd. and Shui Yan Cheng*, Adv. Case No. 6:09-ap-01485, Docket Item 5; *In re Wei Dong and Yingzi Yan*, Bankr. Case No. 2:09-bk-24627, Docket Item 43; *Shaoxing City Maolong Wuzhong Down Products Co., Ltd. and Shui Yan Cheng v. Wei Dong and Yingzi Yan*, Adv. Case No. 2:09-ap-02179, Docket Item 8; *Wei Dong and Yingzi Yan v. Shaoxing City Maolong Wuzhong Maolong Down Products Co., Ltd. and Shui Yan Cheng*, Adv. Case No. 2:09-ap-02314, Docket Item 3; *In re Wei Xu and Le Du*, Bankr. Case No. 2:09-bk-24637, Docket Item 30; *Wei Xu and Le Du v. Shaoxing City Maolong Wuzhong Down Products Co., Ltd. and Shui Yan Cheng*, Adv. Case No. 2:09-ap-02500, Docket Item 4.

[4] (*See* Docket Entry dated 10/30/09.)

-2-

118717/5529.01

Jointly Stipulate to:

Dated: 11-6-09

KEEHN & ASSOCIATES
A Professional Corporation

By: //s// L. Scott Keehn
L. Scott Keehn
Attorneys for Plaintiffs
**Attorneys for Plaintiffs Shaoxing City Maolong Wuzhong Down Products Co., Ltd. and Shui Yan Cheng**

Dated: Nov. 5, 2009

CLARKSON GORE & MARSELLA, PLC

By: //s// Scott Clarkson
Scott Clarkson
Attorneys for Defendants
**Attorneys for Defendants Wei Xu and Le Du**

KEEHN & ASSOCIATES, APC
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · TELECOPIER (619) 400-2201

| In re: WEI XU AND LE DU | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-24637-RN |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

402 W. Broadway, Suite 1210, San Diego, CA 92101

A true and correct copy of the foregoing document described as STIPULATION REGARDING CONTINUING NOVEMBER 18, 2009 STATUS CONFERENCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/6/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Scott C Clarkson    sclarkson@lawcgm.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/6/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Wei Xu
18816 Whitney Place
Rowland Heights, CA 91748

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/6/09 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Scott C. Clarkson:    sclarkson@lawcgm.com
Christine M. Fitzgerald:    cfitzgerald@lawcgm.com
Gary Hollingsworth:    gvhollingsworth@sbcglobal.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/6/09 | Tania M. Baclian | /s/ Tania M. Baclian |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: WEI XU AND LE DU | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-24637-RN |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Le Du
18816 Whitney Place
Rowland Heights, CA 91748

Via Fed- Ex
Hon. Richard M. Neiter
U.S. Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1652
Los Angeles, CA  90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

# EXHIBIT A

1  L. Scott Keehn, SBN 61691
   **KEEHN & ASSOCIATES, APC**
2  402 W. Broadway, Suite 1210
   San Diego, California 92101
3  Telephone: (619) 400-2200
   Facsimile: (619) 400-2201
4

5  Attorneys for Judgment Creditors,
   **Shaoxing City Maolong Wuzhong Down
   Products Co., Ltd., and Shui Yan Cheng**
6

7

8
              UNITED STATES BANKRUPTCY COURT
9
       CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION
10

11
   In Re:                                 )  Case No.: 2:09-bk-24637-RN
12                                         )
   WEI XU AND LE DU,                       )  Chapter 11
13                                         )
            Debtors.                       )  Adversary No.: 2:09-ap-02180-RN
14                                         )
   _____ )  **[PROPOSED] ORDER APPROVING
15 SHAOXING CITY MAOLONG                   )  STIPULATION REGARDING
   WUZHONG DOWN PRODUCTS CO.               )  CONTINUING NOVEMBER 18, 2009
16 LTD. and SHUI YAN CHENG,                )  STATUS CONFERENCE**
                                           )
17              Plaintiffs                 )  Judge:  The Honorable Richard M. Neiter
                                           )
18      v.                                 )
                                           )
19 WEI XU and LE DU,                       )
                                           )
20                                         )
                                           )
21              Defendants                 )
                                           )
22 _____ )

23 ///

24 ///

25

                                    1                       118722/5529.01

The Court, having reviewed the "STIPULATION REGARDING CONTINUING NOVEMBER 18, 2009 STATUS CONFERENCE," identified as docket entry number ____, executed by both the Plaintiff/Judgment Creditor and Debtor/Defendant, and other pleadings and papers on file herein, and good cause therefore appearing;

**IT IS HEREBY ORDERED** that the Status Conference set for November 18, 2009 at 9:30 A.M., in this department is hereby continued to _____ at _____ ___.M.

IT IS SO ORDERED.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT